UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MARTIN ZAHORIK,

        Petitioner,      Case No.  CV 10-10074-JVS(AJW)

vs.

T. BUSBY, Warden,          JUDGMENT

        Respondent.

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: February 4, 2011

_____
James V. Selna
United States District Judge